UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK THORNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 21-cv-08807-RS<br><br>**ORDER FOR RELATED CASE DETERMINATION** |

This is the second time this action has been removed to the Northern District of California from the Superior Court of Lake County, California. Pursuant to Civil Local Rule 3-12(c), the matter is hereby referred to The Honorable Maxine M. Chesney for a determination as to whether it is related within the meaning of the rule to *Thornton v. FCA US, LLC*, 3:21-cv-04090-MMC.

**IT IS SO ORDERED**.

Dated: December 2, 2021

_____
RICHARD SEEBORG
Chief United States District Judge